JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

5:17cv-0840

17 840

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tamar Abouras, et al

### DEFENDANTS
Ann E. Kielinski, Walter M. Kielinski, Merion Matters, Merion Matters, Inc., Merion Matters Group, Inc., Merion Publications, Inc., Advance Healthcare Shop, Inc., Advance Online Merchandise, Inc., John Does 1-20, John Doe Corp. 1-20

(b) County of Residence of First Listed Plaintiff    Gloucester County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Georgios Farmakis, Esq.
Weir & Partners LLP
215 Fries Mill Road, 2nd Floor, Turnersville, NJ 08012
856-662-1018

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 710 Fair Labor Standards Act | | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
Employment Litigation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

FEB 23 2017

DATE
02/22/2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

LS  UNITED STATES DISTRICT COURT  17    840

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Tamer Abouras, 109 Holly Parkway, Williamstown, NJ 08094

Address of Defendant: Merion Matters, 660 American Avenue, 3rd Floor, King of Prussia, PA 19406

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No X

Does this case involve multidistrict litigation possibilities?    Yes☐ No X
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes ☐  No X

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐  No X

CIVIL: (Place ✓ in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. X All other Federal Question Cases
    (Please specify) FLSA

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
Georgios Farmakis, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
X Relief other than monetary damages is sought.

DATE: 2/22/17    Georgious Farmakis    319119
                 Attorney-at-Law        Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.
                                                                   FEB 23 2017
DATE: 2/22/17    _____    319119
                 Attorney-at-Law       Attorney I.D.#

CIV. 609 (5/2012)

## Additional Plaintiffs

- Plaintiff Christopher Barr, 215 Rock Street, Apt. G7, Philadelphia, Pennsylvania 19128;

- Plaintiff Clark Celmayster, 1120 Shadow Oak Drive, Malvern, Pennsylvania 19355.

- Plaintiff Margaret Celmayster, 1120 Shadow Oak Drive, Malvern, Pennsylvania 19355.

- Plaintiff Annemarie F. Collins, 40 Old Covered Bridge Road, Newton Square, Pennsylvania 19073.

- Plaintiff Candace Davis, 36 NE 13 Court, Cape Coral, Florida 33909.

- Plaintiff Michelle Deis, 151 Trent Road, Wynnewood, Pennsylvania 19096.

- Plaintiff Cheryl A. Drotar, 422 W. Fornance St., Norristown, Pennsylvania 19401.

- Plaintiff Michele Freiberg, 1600 Hagys Ford Road APT 8B, Narberth, Pennsylvania 19072.

- Plaintiff Megan Hatfield, 112 Flannery Drive, Norristown, Pennsylvania 19403.

- Plaintiff Jeanne Hudak, 3901 Kline Avenue, Reading, Pennsylvania 19606.

- Plaintiff Michael Jones, 126 Green Lane, Apt. 2, Philadelphia Pennsylvania 19127.

- Plaintiff Michael Kerr, 933 Spruce Street, Pottstown, Pennsylvania 19464.

- Plaintiff Emily Krum, 4004 Fox Pointe Court, Glen Mills, PA 19342.

- Plaintiff Rachel Laird, 2869 1st Street, Trooper Pennsylvania 10403.

- Plaintiff Danielle Lasorda, 1560 Lafayette Way, Blue Bell, Pennsylvania 19422.

- Plaintiff Stephanie Lauletta, 333 Norwood Road, Downingtown, Pennsylvania 19355.

- Plaintiff Noel Lopez, 73 Pebble Beach Lane, Sanatoga, Pennsylvania 19464.

- Plaintiff Samantha Mansmith, 1650 Heebner Way, Lansdale, Pennsylvania 19446.

- Plaintiff Lawrence P. Meiers, 13239 Heather Ridge Loop, Fort Myers, Florida 33966.

- Plaintiff Joshua Millhouse, 4030 Market Street, Apt 1, Philadelphia, Pennsylvania 19104.

- Plaintiff Tom Neely, 623 Newcomen Road, Exton, Pennsylvania 19341.

- Plaintiff Diana Patton, 1308 Hilltown Pike, Hilltown, Pennsylvania 18974.

- Plaintiff Amalia Petropoulos, 707 Forest Driver, Coatesville, Pennsylvania 19320.

- Plaintiff Ashley Reinhold, 3877 Manor St., Philadelphia, Pennsylvania 19128.

- Plaintiff Sue Borjeson-Romano, 163 Knoll Drive, Collegeville, Pennsylvania 19426.

- Plaintiff Michael Sabo, 416 N. Main Street, Souderton, Pennsylvania 18964.

- Plaintiff Andrew Sims, 170 Shea Lane, Glenmoore, Pennsylvania 19343.

- Plaintiff Kristin Stein, 254 Summit House, West Chester, Pennsylvania 19392.

- Plaintiff Nancy Stock, 925 Agnes Avenue, Morton, Pennsylvania 19070.

- Plaintiff Stephanie Weaver, 1720 South 4th Street, Apt 2, Philadelphia, Pennsylvania 19148.

- Plaintiff Randy L. Wehrs, 120 Madison Road, Willow grove, Pennsylvania 19090.

- Plaintiff Christopher Wharton, 306 South Swarthmore Avenue, Ridley Park, Pennsylvania 19078.

- Plaintiff Howard Whitman, 777 North Wales Road, North Wales, Pennsylvania 19454.



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Tamar Abouras, et al.                                    CIVIL ACTION

v.

Merion Matters, et al.                                   **17      840**

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus — Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security — Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration — Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos — Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                   ( )

(e) Special Management — Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                      ( )

(f) Standard Management — Cases that do not fall into any one of the other tracks.          (X)

| 2/22/17 | Georgios Farmakis/319119 | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 856-662-1018 | 856-662-1592 | gfarmakis@weirpartners.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

FEB 23 2017